**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/23/2025

IN RE:

| | |
|---|---|
| AMANDA HOPE ORTH<br>239 RICHLAND DRIVE<br>PITTSBURGH, PA 15235<br>XXX-XX-6858      Debtor(s) | Case No.21-20128 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

## CLAIM RECORDS

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5720 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br><br>WARRINGTON, PA  18976 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AMERIHOME/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN CREDIT ACCEPTANCE**<br>ATTN PAYMENT PROCESSING<br>961 E MAIN ST<br><br>SPARTANBURG, SC  29302 | Trustee Claim Number:4   INT %:  4.00%<br>Court Claim Number:9<br><br>CLAIM:  13,516.71<br>COMMENT:  $/CL-PL@4%/PL*910 CLAIM | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6858 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  1,953.86<br>COMMENT:  LOAN MOD @ 41*FR AMERIHOME-DOC 63*13808.26=SEC'D CL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5966 |
| **PATIENT FIRST**<br>C/O RECEIVABLES MANAGEMENT SYSTEMS<br>PO BOX 73810<br><br>NORTH CHESTERFIELD, VA  23235 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  171.04<br>COMMENT:  X7269/SCH*MEDICAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8944 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:8-2<br><br>CLAIM:  1,352.36<br>COMMENT:  X6353/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1003 |
| **CAPITAL COLLECTION MANAGEMENT**<br>115 SOLAR ST STE 100<br><br>SYRACUSE, NY  13204 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~BERKS ENT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0342 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  1,039.95<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4849 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br><br>IRVING, TX  75014 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  615.31<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9208 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| CHIME<br>PO BOX 417<br>SAN FRANCISCO, CA 94104 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: STRIDE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5337 |
| COMMERCIAL ACCEPTANCE<br>2300 GETTYSBURG RD<br>CAMP HILL, PA 17011 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PA EYE EAR SRGRY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 48PJ |
| TEA OLIVE LLC<br>PO BOX 1931<br>BURLINGAME, CA 94011-1931 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,408.66<br>COMMENT: X1339/SCH*SYNC/PAYPAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5720 |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,076.80<br>COMMENT: CREDIT 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6446 |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,125.57<br>COMMENT: CREDIT 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0127 |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 4,292.18<br>COMMENT: X2818/SCH*NO PAYMENTS EVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9728 |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,461.34<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5207 |
| ONE MAIN FINANCIAL GROUP LLC (*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 8,544.21<br>COMMENT: SIGNED@SEAL 6/20/18 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6967 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 392.54<br>COMMENT: SYNC BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2635 |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 2,767.27<br>COMMENT: X0001/SCH*LN 1 | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 6858 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RECEIVABLES MANAGEMENT SYSTEMS**<br>POB 8630<br>RICHMOND, VA 23226 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3152 |
| **SANTANDER CONSUMER USA**<br>PO BOX 660633<br>DALLAS, TX 75266 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6017 |
| **SOURCE RECEIVABLES MANAGEMENT**<br>PO BOX 4068<br>GREENSBORO, NC 27404 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SPRINT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9184 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 1,462.37<br>COMMENT: X2893/SCH*FNB OF OMAHA*COA~DOC 67 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8143 |
| **VELOCITY CREDIT UNION**<br>610 EAST 11TH ST<br>AUSTIN, TX 78701 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 451.77<br>COMMENT: CHRGD OFF 1/18/20*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BERKS ENT SURGICAL ASSOC**<br>1 GRANITE POINT DR<br>WYOMISSING, PA 19610 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SPRINT CORP(*)++**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:31   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 238.31<br>COMMENT:  NT/SCH*NO PMNT EVER | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9432 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:32   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 484.16<br>COMMENT:  NT/SCH*COMENITY/ASHLEY FURNITURE | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2385 |
| **AMERICAN CREDIT ACCEPTANCE**<br>ATTN PAYMENT PROCESSING<br>961 E MAIN ST<br>SPARTANBURG, SC  29302 | Trustee Claim Number:33   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT:  PIF@4*ARRS 346.03 | | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 6858 |
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN A**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:34   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 627.30<br>COMMENT:  NT/SCH*COMENITY/BURKES OUTLET* NO PMNT EVER | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9664 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:35   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT:  LOAN MOD @ 41*FR AMERIHOME-DOC 63 | | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 5966 |
| **AMERICAN FIRST FINANCE LLC**<br>C/O BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN, PA  19355-0701 | Trustee Claim Number:36   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 907.43<br>COMMENT:  NT/SCH*NO PAYMENT EVER | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0231 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:37   INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 714.10<br>COMMENT:  NT/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5234 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:38   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 6,226.68<br>COMMENT:  LOAN MOD @ 41*FR AMERIHOME-DOC 63 | | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5966 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:39   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT:  NO PMTS/CONF*1102.50/PL-NTC*FR AMERIHOME-DOC 63 | | CRED DESC:  POST PETITION FEE NOTICE<br>ACCOUNT NO.: 5966 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:40   INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 461.97<br>COMMENT:  NT/SCH*ACCNT DEFICIENCY | | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.: 6858 |

| CLAIM RECORDS | | |
|---|---|---|
| **M & T BANK** <br> ATTN PAYMENT PROCESSING <br> POB 1288 <br><br> BUFFALO, NY 14240-1288 | Trustee Claim Number:41   INT %: 0.00% <br> Court Claim Number:014 <br><br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DK4LMT*LOAN MOD BGN 12/21*FR AMERIHOME-DOC 63 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5966 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA 19106 | Trustee Claim Number:42   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |