IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 21-20128-CMB |
| | : | Chapter 13 |
| Amanda Hope Orth, | : | |
|     Debtor | : | |
| | : | Docket No.: 72 |
| Amanda Hope Orth, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, on this 6th day of August 2025, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtor is *at the end of a 60-month plan term* and the case will be coming to a close, it is:

ORDERED, that the Debtor may pursue post-petition vehicle financing, with a purchase amount of no more than $25,000.00, through the conclusion and closure of the Bankruptcy case;

ORDERED that the Debtor does NOT have to incorporate the terms of the financing into the Chapter 13 plan and she may pay directly from the vehicle loan inception;

ORDERED that the Debtor will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

Dated: August 6, 2025

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
8/6/25 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Daniel P. Foster

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtor

Foster Law Offices

1210 Park Avenue

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com


/s/ Katherine M. DeSimone

Katherine M. DeSimone

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh, PA  15219

(412) 471-5566

kdesimone@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Amanda Hope Orth  
    Debtor

Case No. 21-20128-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Aug 06, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Hope Orth, 239 Richland Drive, Pittsburgh, PA 15235-4413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Daniel P. Foster  
     on behalf of Debtor Amanda Hope Orth dan@mrdebtbuster.com  
     katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel Philip Jones  
     on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon  
     on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Aug 06, 2025     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

TOTAL: 6