**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 21-20128-CMB |
| | : | |
| Amanda Hope Orth, | : | CHAPTER 13 |
|      Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Amanda Hope Orth, | : | |
|      Movant, | : | RELATED TO DOCKET NO.: 80 |
| | : | |
|      vs. | : | |
| | : | |
| The Bank Of New York Mellon, | : | |
| | : | |
|      and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|      Chapter 13 Trustee. | : | |
|      Respondents. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 24, 2026</u>

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

THE BANK OF NEW YORK MELLON
500 GRANT STREET
ROOM 151-3022
PITTSBURGH, PA 15258
ATTN: PAYROLL MANAGER