**Fill in this information to identify the case:**

Debtor 1    **AMANDA HOPE ORTH**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Western District of Pennsylvania**
                                                                    (State)

Case Number    **21-20128CMB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    M & T BANK

**Court claim no.**  (if known):
14

**Last 4 digits** of any number you use to identify the debtor's account:    5  9  6  6

**Property Address:**    239 RICHLAND DR
                                          Number        Street

                                          PITTSBURGH                                        PA        15235
                                          City                                                    State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $           -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $           -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $           -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $           -0- |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ ___59,374.18___

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>March 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ ___-0-___

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|--------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour _____        Date   03/27/2026
  Signature

Trustee      Ronda J. Winnecour _____
             First Name       Middle Name       Last Name

Address      CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
             Number       Street

             PITTSBURGH                          PA      15219
             City                                State   ZIP Code

Contact phone   (412) 471-5566            Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **ORTH** | | | Case Number **21-20128CMB** | Page 1 |
| | Name | | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 14 | AMERIHOME MORTGAGE COMPANY I | 04/26/2021 | 1193532 | Amounts Disbursed To Creditor | 1,953.86 |
| | | | | Total for Claim Number 14: | 1,953.86 |
| | | | | | |
| 14 | AMERIHOME MORTGAGE COMPANY I | 05/25/2021 | 1196670 | Amounts Disbursed To Creditor | 833.78 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 07/26/2021 | 1202706 | Amounts Disbursed To Creditor | 1,886.47 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 08/26/2021 | 1205854 | Amounts Disbursed To Creditor | 1,168.81 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 10/25/2021 | 1212111 | Amounts Disbursed To Creditor | 2,337.62 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 11/22/2021 | 1215174 | Amounts Disbursed To Creditor | 1,168.81 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 12/14/2021 | 0000000 | Reallocation Of Principal | -1,168.81 |
| | | | | Total for Claim Number 14: | 6,226.68 |
| | | | | | |
| 14 | AMERIHOME MORTGAGE COMPANY I | 12/14/2021 | 0000000 | Reallocation Of Continuing Debt | 1,168.81 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 01/26/2022 | 1221280 | Amounts Disbursed To Creditor | 1,263.77 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 03/25/2022 | 1227113 | Amounts Disbursed To Creditor | 1,684.24 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 04/26/2022 | 1230175 | Amounts Disbursed To Creditor | 891.01 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 05/25/2022 | 1233207 | Amounts Disbursed To Creditor | 913.39 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 06/27/2022 | 1236240 | Amounts Disbursed To Creditor | 923.93 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 07/26/2022 | 1239254 | Amounts Disbursed To Creditor | 929.00 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 08/24/2022 | 1242150 | Amounts Disbursed To Creditor | 931.49 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 09/27/2022 | 1245037 | Amounts Disbursed To Creditor | 932.75 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 10/25/2022 | 1247905 | Amounts Disbursed To Creditor | 950.84 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 11/23/2022 | 1250710 | Amounts Disbursed To Creditor | 996.58 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 01/26/2023 | 1256258 | Amounts Disbursed To Creditor | 2,067.28 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 02/23/2023 | 1258931 | Amounts Disbursed To Creditor | 24.22 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 03/28/2023 | 1261536 | Amounts Disbursed To Creditor | 2,081.84 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 04/25/2023 | 1264327 | Amounts Disbursed To Creditor | 1,065.44 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 05/25/2023 | 1267102 | Amounts Disbursed To Creditor | 1,057.49 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 06/26/2023 | 1270023 | Amounts Disbursed To Creditor | 1,045.29 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 07/25/2023 | 1272895 | Amounts Disbursed To Creditor | 1,045.05 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 08/25/2023 | 1275632 | Amounts Disbursed To Creditor | 1,044.98 |
| 14 | AMERIHOME MORTGAGE COMPANY I | 09/26/2023 | 1278425 | Amounts Disbursed To Creditor | 1,044.94 |
| 14 | M & T BANK | 10/25/2023 | 1282538 | Amounts Disbursed To Creditor | 1,044.87 |
| 14 | M & T BANK | 11/27/2023 | 1285219 | Amounts Disbursed To Creditor | 32.43 |
| 14 | M & T BANK | 12/21/2023 | 1287812 | Amounts Disbursed To Creditor | 1,030.09 |
| 14 | M & T BANK | 01/26/2024 | 1290487 | Amounts Disbursed To Creditor | 2,066.70 |
| 14 | M & T BANK | 02/26/2024 | 1293158 | Amounts Disbursed To Creditor | 1,048.24 |
| 14 | M & T BANK | 03/26/2024 | 1295799 | Amounts Disbursed To Creditor | 1,044.33 |
| 14 | M & T BANK | 04/25/2024 | 1298453 | Amounts Disbursed To Creditor | 1,048.54 |
| 14 | M & T BANK | 05/29/2024 | 1301159 | Amounts Disbursed To Creditor | 1,045.20 |
| 14 | M & T BANK | 06/25/2024 | 1303700 | Amounts Disbursed To Creditor | 1,032.38 |
| 14 | M & T BANK | 07/25/2024 | 1306289 | Amounts Disbursed To Creditor | 45.70 |
| 14 | M & T BANK | 08/26/2024 | 1308870 | Amounts Disbursed To Creditor | 1,929.28 |
| 14 | M & T BANK | 09/25/2024 | 1311452 | Amounts Disbursed To Creditor | 987.49 |
| 14 | M & T BANK | 10/25/2024 | 1313980 | Amounts Disbursed To Creditor | 45.70 |
| 14 | M & T BANK | 11/25/2024 | 1316552 | Amounts Disbursed To Creditor | 1,034.50 |
| 14 | M & T BANK | 12/23/2024 | 1318958 | Amounts Disbursed To Creditor | 1,882.27 |
| 14 | M & T BANK | 01/28/2025 | 1321447 | Amounts Disbursed To Creditor | 45.70 |
| 14 | M & T BANK | 02/25/2025 | 1323882 | Amounts Disbursed To Creditor | 1,034.50 |
| 14 | M & T BANK | 03/26/2025 | 1326365 | Amounts Disbursed To Creditor | 1,882.27 |
| 14 | M & T BANK | 04/25/2025 | 1328838 | Amounts Disbursed To Creditor | 987.49 |
| 14 | M & T BANK | 05/23/2025 | 1331259 | Amounts Disbursed To Creditor | 45.70 |
| 14 | M & T BANK | 06/25/2025 | 1333696 | Amounts Disbursed To Creditor | 1,860.56 |
| 14 | M & T BANK | 07/25/2025 | 1336174 | Amounts Disbursed To Creditor | 50.42 |
| 14 | M & T BANK | 08/26/2025 | 1338592 | Amounts Disbursed To Creditor | 1,056.39 |
| 14 | M & T BANK | 09/25/2025 | 1341000 | Amounts Disbursed To Creditor | 1,829.89 |
| 14 | M & T BANK | 10/24/2025 | 1343478 | Amounts Disbursed To Creditor | 269.06 |
| 14 | M & T BANK | 11/21/2025 | 1345779 | Amounts Disbursed To Creditor | 1,051.89 |
| 14 | M & T BANK | 12/23/2025 | 1348122 | Amounts Disbursed To Creditor | 1,246.96 |
| 14 | M & T BANK | 01/27/2026 | 1350508 | Amounts Disbursed To Creditor | 2,452.75 |
| | | | | Total for Claim Number 14: | 51,193.64 |

**Total for Part 4 - a (Postpetition Payments):**   **59,374.18**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

AMANDA HOPE ORTH
239 RICHLAND DRIVE
PITTSBURGH, PA  15235

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

M & T BANK
ATTN PAYMENT PROCESSING
POB 1288
BUFFALO, NY  14240-1288

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

M & T BANK
PO BOX 62182
BALTIMORE, MD  21264-2182


Dated: 03/27/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee