### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

AMANDA HOPE ORTH

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
    vs.
No Respondents.

Case No.:21-20128

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/22/2021  and confirmed on 3/23/21 .  The case was subsequently          Completed
After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,737.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,737.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,080.00 | |
| Trustee Fee | 4,178.95 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,258.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 1,953.86 | 1,953.86 | 0.00 | 1,953.86 |
| Acct: 5966 | | | | |
| M & T BANK | 6,226.68 | 6,226.68 | 0.00 | 6,226.68 |
| Acct: 5966 | | | | |
| M & T BANK | 0.00 | 51,193.64 | 0.00 | 51,193.64 |
| Acct: 5966 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5966 | | | | |
| AMERICAN CREDIT ACCEPTANCE* | 12,040.47 | 12,040.47 | 1,451.90 | 13,492.37 |
| Acct: 6858 | | | | |
| AMERICAN CREDIT ACCEPTANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6858 | | | | |
| | | | | 72,866.55 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMANDA HOPE ORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,080.00 | 4,080.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5966 | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| PATIENT FIRST | 171.04 | 10.07 | 0.00 | 10.07 |
| Acct: 8944 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,352.36 | 79.64 | 0.00 | 79.64 |
| Acct: 1003 | | | | |
| CAPITAL COLLECTION MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |

21-20128

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0342 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,039.95 | 61.24 | 0.00 | 61.24 |
| | Acct: 4849 | | | | |
| | KOHLS | 615.31 | 36.24 | 0.00 | 36.24 |
| | Acct: 9208 | | | | |
| | CHIME | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5337 | | | | |
| | COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 48PJ | | | | |
| | TEA OLIVE LLC | 2,408.66 | 141.84 | 0.00 | 141.84 |
| | Acct: 5720 | | | | |
| | LVNV FUNDING LLC | 1,076.80 | 63.41 | 0.00 | 63.41 |
| | Acct: 6446 | | | | |
| | LVNV FUNDING LLC | 1,125.57 | 66.28 | 0.00 | 66.28 |
| | Acct: 0127 | | | | |
| | MARINER FINANCE LLC | 4,292.18 | 252.76 | 0.00 | 252.76 |
| | Acct: 9728 | | | | |
| | MERRICK BANK | 1,461.34 | 86.06 | 0.00 | 86.06 |
| | Acct: 5207 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 8,544.21 | 503.15 | 0.00 | 503.15 |
| | Acct: 6967 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 392.54 | 23.12 | 0.00 | 23.12 |
| | Acct: 2635 | | | | |
| | RECEIVABLES MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3152 | | | | |
| | SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6017 | | | | |
| | SOURCE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9184 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 1,462.37 | 86.12 | 0.00 | 86.12 |
| | Acct: 8143 | | | | |
| | VELOCITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0900 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 451.77 | 26.60 | 0.00 | 26.60 |
| | Acct: 0001 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 238.31 | 14.03 | 0.00 | 14.03 |
| | Acct: 9432 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 484.16 | 28.51 | 0.00 | 28.51 |
| | Acct: 2385 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 627.30 | 36.94 | 0.00 | 36.94 |
| | Acct: 9664 | | | | |
| | AMERICAN FIRST FINANCE LLC | 907.43 | 53.44 | 0.00 | 53.44 |
| | Acct: 0231 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 714.10 | 42.05 | 0.00 | 42.05 |
| | Acct: 5234 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 2,767.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 6858 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 461.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 6858 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5720 | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERKS ENT SURGICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

21-20128

Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPRINT CORP(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,611.50 |

TOTAL PAID TO CREDITORS                                                                 74,478.05

TOTAL CLAIMED
PRIORITY            0.00
SECURED        20,221.01
UNSECURED      30,594.64

Date: 03/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AMANDA HOPE ORTH

       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:21-20128

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Amanda Hope Orth

    Debtor

Case No. 21-20128-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Hope Orth, 239 Richland Drive, Pittsburgh, PA 15235-4413 |
| cr | + | AmeriHome Mortgage Company, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331879 | + | Accounts Advocate Agency, 1001 South Fourth Street, Hamburg, PA 19526-9211 |
| 15331884 | + | Berks ENT Surgical Associates, 1 Granite Point Drive, Suite 300, Wyomissing, PA 19610-1992 |
| 15331885 | + | Capital Collection Services, 20 East Taunton Road, Building 50, Berlin, NJ 08009-2615 |
| 15331893 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 15344397 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15331899 | + | Mariner Finance, 120 West Hill Avenue, Valdosta, GA 31601-5605 |
| 15331905 | | PSECU, P.O. Box 1006, Harrisburg, PA 17108 |
| 15331903 | + | Pennsylvania Eye Ear Surgery Center, 1 Granite Point Drive, Suite 200, Wyomissing, PA 19610-1992 |
| 15339053 | | Phelan Hallinan Diamond & Jones, c/o Peter Wapner, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15331916 | + | Velocity Credit Union, 610 East 11th Street, Austin, TX 78701-2621 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 28 2026 02:33:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2026 02:42:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15346293 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2026 02:33:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, Attn: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15331880 | + | Email/Text: bankruptcy@acacceptance.com | Mar 28 2026 02:33:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15331881 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 02:42:19 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15341349 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 02:42:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15350529 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2026 02:42:42 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15331882 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Mar 28 2026 02:33:00 | American First Finance, 7330 West 33rd Street, Wichita, KS 67205-9370 |
| 15331883 | ^ | MEBN | Mar 28 2026 02:20:34 | Amerihome Mortgage Company, LLC, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 15350757 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 28 2026 02:33:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15331886 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| | | Mar 28 2026 02:42:53 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15335746 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2026 02:42:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331887 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2026 02:42:14 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15331888 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2026 02:42:51 | Capital One/Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15331889 | + Email/Text: omx-bnc-bk-notices@chime.com | Mar 28 2026 02:33:00 | Chime/Stride Bank NA, P.O. Box 417, San Francisco, CA 94104-0417 |
| 15331890 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2026 02:33:00 | Comenity Bank/Ashley Stewart, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331891 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2026 02:33:00 | Comenity Bank/Burkes, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331892 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2026 02:33:00 | Comenity Bank/Catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331894 | + Email/Text: EDI@CACIONLINE.NET | Mar 28 2026 02:33:00 | Consumer Adjustment Company, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 15331895 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2026 02:42:16 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15331896 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 28 2026 02:42:53 | Department of Education/SLM, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15334788 | Email/PDF: ais.dtv.ebn@aisinfo.com | Mar 28 2026 02:42:42 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15355615 | + Email/Text: kburkley@bernsteinlaw.com | Mar 28 2026 02:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15331897 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2026 02:32:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15331898 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2026 02:42:23 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 15338924 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2026 02:42:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15645451 | Email/Text: camanagement@mtb.com | Mar 28 2026 02:33:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 15338676 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2026 02:42:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15347589 | + Email/Text: bankruptcy@marinerfinance.com | Mar 28 2026 02:32:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15331900 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2026 02:42:09 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15339683 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2026 02:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331901 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2026 02:32:00 | Nationstar/Mr. Cooper, 350 Highland Street, Houston, TX 77009-6623 |
| 15336618 | + Email/PDF: cbp@omf.com | Mar 28 2026 02:42:08 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331902 | + Email/PDF: cbp@omf.com | Mar 28 2026 02:42:50 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15331904 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Mar 27, 2026 | Form ID: pdf900 | Total Noticed: 66

| | | Mar 28 2026 02:42:53 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15350297 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 28 2026 02:42:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15420492 | + Email/Text: bankruptcynotices@psecu.com | | |
| | | Mar 28 2026 02:43:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15346273 | + Email/Text: joey@rmscollect.com | | |
| | | Mar 28 2026 02:43:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 15345152 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 28 2026 02:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15331906 | + Email/Text: joey@rmscollect.com | | |
| | | Mar 28 2026 02:43:00 | Receivables Management Systems, P.O. Box 17305, Richmond, VA 23226-7305 |
| 15331907 | + Email/Text: DeftBkr@santander.us | | |
| | | Mar 28 2026 02:33:00 | Santander Bank NA, P.O. Box 841002, Boston, MA 02284-1002 |
| 15331908 | + Email/Text: clientservices@sourcerm.com | | |
| | | Mar 28 2026 02:43:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 15331909 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | Mar 28 2026 02:42:37 | Sprint, P.O. Box 4191, Carol Stream, IL 60197-4191 |
| 15331910 | ^ MEBN | | |
| | | Mar 28 2026 02:21:05 | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331911 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 28 2026 02:42:09 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15332058 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 28 2026 02:42:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331912 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 28 2026 02:42:39 | Synchrony Bank/ Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15331913 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 28 2026 02:42:50 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15331914 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 28 2026 02:42:37 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15345400 | + Email/Text: documentfiling@lciinc.com | | |
| | | Mar 28 2026 02:32:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15331915 | + Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | Mar 28 2026 02:33:00 | The Bureaus Inc., 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15331917 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Mar 28 2026 02:32:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15351993 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Mar 28 2026 02:42:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331918 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 28 2026 02:42:39 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2        User: auto        Page 4 of 4

Date Rcvd: Mar 27, 2026        Form ID: pdf900        Total Noticed: 66

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Amanda Hope Orth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor M&T BANK mccallaecf@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7