Certificate Number: 03088-PAW-DE-040793759

Bankruptcy Case Number: 21-20128



03088-PAW-DE-040793759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 30, 2026</u>, at <u>10:21</u> o'clock <u>AM CDT</u>, <u>Amanda H Orth</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 30, 2026</u>          By:     <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>