IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | **:** | **Bankruptcy No. 21-20128-CMB** |
| | **:** | |
| **Amanda Hope Orth,** | **:** | |
| **Debtor,** | **:** | |
| | **:** | **Chapter 13** |
| **Amanda Hope Orth,** | **:** | |
| **Movant,** | **:** | |
| **v.** | **:** | **Docket No. 89** |
| | **:** | |
| **Ronda J. Winnecour, Esquire,** | **:** | |
| **Chapter 13, Trustee,** | **:** | |
| **Respondent.** | **:** | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 30, 2026, at docket number 88, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>March 31, 2026</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**PAWB Local Form 24 (07/13)**