**Fill in this information to identify the case:**

Debtor 1 _____Amanda Hope Orth_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __Pennsylvania__
                                                                          (State)

Case number __21-20128 CMB__

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**  **M&T Bank**

**Court claim no**. (if known):   __14__

**Last 4 digits** of any number you use to identify the debtor's account: 3949

**Property address:**  **239 Richland Drive**
Number       Street
**Pittsburgh    PA 15235**
City                          State       ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:     $__0.00__.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:     $_____.

☒  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
unpaid as of the date of this response:     $_____.

**Part 3:**   **Postpetition Payments**

(a) *Check all that apply:*

☐   The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐   The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ /__ .

☒   The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 02 / 04 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 04 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,010.44 |
| iv. | Unpaid principal balance of the loan: | $ 123,307.11 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 602.18 |
| vi. | Balance of the escrow account: | $ 245.87 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ - 789.65 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 1,102.50 |

**Part 4**   **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date April 24, 2026
　　　　Signature

Name   Matthew Fissel
First name      Middle name      Last name

Title   Attorney for Secured Creditor

Company   KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   701 Market Street, Suite, 5000
Number      Street

Philadelphia                    PA        19196
City                            State      ZIP Code

Contact phone   (215) 627-1322            Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Amanda Hope Orth**<br><br>**Debtor(s)** | **BK NO. 21-20128 CMB** |
| **M&T Bank**<br><br>**Movant**<br><br>**vs.** | **Chapter 13**<br><br>**Related to Claim No. 14** |
| **Amanda Hope Orth**<br><br>**Debtor(s)** | |
| **Ronda J. Winnecour**,<br><br>**Trustee** | |

### CERTIFICATE OF SERVICE
### RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Amanda Hope Orth
239 Richland Drive
Pittsburgh, PA 15235

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>April 24, 2026</u>

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        **Chapter 13**
                                          :
    Amanda Hope Orth                :        **Case :Number 21-20128-CMB**
                                          :
    Debtor(s)                      :
                                          :        **Related to Claim No. 14**
_____          :
AmeriHome Mortgage Company
         :
                                          :
    Movant                         :
                                          :
vs.                                       :
                                          :
    Amanda Hope Orth                :
         :
                                          :
    Respondents                    :


## <u>DECLARATION IN SUPPORT OF NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES UNDER FED. R. BANKR. P. 3002.1</u>

AmeriHome Mortgage Company (hereinafter referred to as the "Movant"), by and through its undersigned counsel, Stern & Eisenberg, P.C., and in support of the Notice of Post-Petition Mortgage Fees, Expenses and Charges (hereinafter referred to as the "Notice") filed in accordance with Fed. R. Bankr. P. 3002.1, and declares as follows:

1.      I, Daniel P. Jones, am an attorney in good standing in the Commonwealth of Pennsylvania and am an attorney employed by the law firm of Stern & Eisenberg, P.C.

2.      Prior to filing of the annexed Notice, Stern & Eisenberg, P.C. conducted a review of the mortgage documents, which pursuant to paragraphs 7, 9 and 13, respectively, of said loan documents, concluded that the fees itemized in the Notice are recoverable per the underlying agreement.

3.      Additionally, Stern & Eisenberg, P.C. performed an analysis under Pennsylvania Act 6 (41 P.S. Section 406) (to the extent applicable), as well as an equity analysis under 11 U.S.C. Section 506(b), and determined that the fees itemized in the Notice are recoverable against the Debtor(s).

4.	The annexed Notice provides for fees totaling $1,102.50.  A true and correct copy of the invoice(s) as to these fees are attached and affixed hereto as "Exhibit A."

5.	The Mortgage Fees, Expenses and Charges itemized in the Notice are within the Fannie Mae guidelines, which pursuant to 68 Pa. C.S. Section 2311, are presumed reasonable.

6.	Stern & Eisenberg, P.C. has performed a "lodestar" method of accounting of the time/hourly rate for the work performed in support of the fees listed in the Notice.  A true and correct copy of the Lodestar Accounting and proof of costs is attached and affixed hereto as "Exhibit B."

7.	The total hours utilized in completion of the matters listed in the Notice are 6.3 with a total fees/costs of $1,102.50, for a total due to the account of $1,102.50 under a lodestar analysis.

8.	Based on the foregoing, Movant avers that the fees totaling $1,102.50 which are the lesser of an analysis under a "flat fee" versus lodestar approach and as itemized in the Notice, are recoverable against the Debtor(s).

9.	The time listed in the aforementioned paragraphs and Exhibits does not account for Stern & Eisenberg's continual monitoring of the docket and activity of the case during Debtor's commitment period on behalf of the Movant.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and/or belief.

Respectfully submitted,

**Stern & Eisenberg, P.C.**

/s/ Daniel P. Jones

Daniel P. Jones, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
215-572-8111 (Phone)
215-572-5025 (Fax)
djones@sterneisenberg.com

Dated:  July 20, 2021

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1    <u>Amanda Hope Orth</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   <u>Western District of Pennsylvania</u>
                                                    (State)

Case number    <u>21-20128-CMB</u>

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** AmeriHome Mortgage Company, LLC c/o Cenlar FSB      **Court claim no.** (if known):   <u>14</u>

**Last 4 digits** of any number you use to identify the debtor's account:          XXXXXX5966

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

o   Yes. Date of the last note: ____/____/_____

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Itemize Postpetition Fees, Expenses, and Charges</strong></td></tr>
</table>

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 02/17/2021 Plan Review<br>02/18/2021 Plan Objection | (3) $ 540.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 3/4/2021 Proof of Claim<br>3/4/2021 POC 410A Form | (5) $ 562.50 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ 0.00 |
| 11. Other. Specify:_____ | | (11) $ 0.00 |
| 12. Other. Specify:_____ | | (12) $ 0.00 |
| 13. Other. Specify:_____ | | (13) $ 0.00 |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

---

Debtor 1      Amanda Hope Orth                                    Case number (if known) 21-20128-CMB

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o      I am the creditor.

X      I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X      /s/  Daniel P. Jones                          Date  July 20, 2021
       Signature

Print:      Daniel P. Jones                          Title: Attorney for Creditor
            First Name      Middle Name  Last Name

Company     Stern & Eisenberg, PC

Address     1581 Main Street, Suite 200
            Number            Street

            Warrington         PA          18976
            City               State       ZIP Code

Contact phone (215) 572-8111                         Email   djones@sterneisenberg.com

---

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: ____July 20, 2021_____

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com
**Counsel for Debtor**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Amanda Hope Orth
239 Richland Drive
Pittsburgh, PA 15235
**Debtor(s)**

*/s/ Daniel P. Jones*
Daniel P. Jones, BAR# 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
djones@sterneisenberg.com
Attorney for Secured Creditor

PA202000001087

/SE File No. **PA202000001087**
BK No. 21-20128-CMB
Process – Proof of Claim

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 1/27/2021 | EA | File Setup/Creation – Retrieve Documents for referral (collateral and financial); update bar date in client systems and CMS | .1 | $100.00 | $10.00 |
| 1/27/2021 | DJ | Perform PA Act 6 Review | .1 | $275.00 | $27.50 |
| 1/27/2021 | AW | Pull POC financial data sheets from Creditor's site and upload them to Firm's system | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Request missing POC supporting documents from Creditor | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Pull outstanding POC supporting documents from Creditor's site and upload to Firm's system. | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Review loan history and financial data provided by Creditor | .1 | $100.00 | $10.00 |
| 1/27/21 | AW | Request additional fee approval for 410A preparation | .1 | $100.00 | $10.00 |
| 2/1/2021 | AW | Pull additional fee approval for 410A preparation from Creditor's site and update Firm system | .1 | $100.00 | $10.00 |
| 2/9/2021 | AW | Preparation of 410A Loan | .8 | $100.00 | $80.00 |

| | | History, Cover Page, and 410A Attachment; redact all supporting documents; and send POC to attorney for review | | | |
|---|---|---|---|---|---|
| 2/9/2021 | DJ | Review POC prior to Creditor's review | .4 | $275.00 | $110.00 |
| 2/10/2021 | AW | Unfiled POC uploaded to client system for validation | .1 | $100.00 | $10.00 |
| 2/17/2021 | AW | Follow up with client as to review of POC | .1 | $100.00 | $10.00 |
| 2/25/2021 | AW | Follow up with client as to review of POC | .1 | $100.00 | $10.00 |
| 3/2/2021 | KW | Review Creditor intercom, and update Firm system | .1 | $100.00 | $10.00 |
| 3/2/2021 | KW | Revise POC and send to attorney for review | .1 | $100.00 | $10.00 |
| 3/2/2021 | DJ | Review revised POC based on revised figures provided by Creditor | .3 | $275.00 | $82.50 |
| 3/2/2021 | KW | Upload revised POC to Creditor for review and inquire about specific pre-petition fees/costs | .1 | $100.00 | $10.00 |
| 3/3/2021 | KW | Review Creditor response to fee inquiry and send to Attorney for review | .1 | $100.00 | $10.00 |
| 3/3/2021 | DJ | Review Creditor response to fee inquiry and email appropriate contact for clarification | .1 | $275.00 | $27.50 |

| 3/3/2021 | DJ | Review clarification response and provide recommended course of action | .1 | $275.00 | $27.50 |
|---|---|---|---|---|---|
| 3/4/2021 | AW | Pull Creditor approved POC and send to attorney for final review prior to filing | .1 | $100.00 | $10.00 |
| 3/4/2021 | DJ | Final Attorney Approval post client-validation | .1 | $275.00 | $27.50 |
| 3/4/2021 | AW | POC filed with Court; Served on Parties via WALZ | .2 | $100.00 | $20.00 |
| | AW | Filed POC uploaded to client system | .1 | $100.00 | $10.00 |
| | | | **Total Hours: 3.7** | | **Total: $562.50** |

SE File No. **PA202000001087**
BK No. 21-20998-JAD
Process – Plan Objection

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 2/18/2021 | EA | File Setup/Creation for Plan Objection referral | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | DJ | PA Act 6 Review | 0.1 | $275.00 | $27.50 |
| 2/18/2021 | JM | Review Docket and enter objection deadline into Firm System | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | EA | Run SCRA and upload to client system | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | JM | Draft Objection | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | DJ | Review Plan Objection, review Debtor's Plan and Schedules, review POC figures, and revise Objection | 0.6 | $275.00 | $165.00 |
| 2/18/2021 | JM | File Plan Objection | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | JM | Upload Plan Objection to Client system | 0.1 | $100.00 | $10.00 |
| 3/22/2021 | DJ | Prepare for and attend 341 Meeting | 0.3 | $275.00 | $82.50 |
| | | | **Total Hours: 1.6** | | **Total: $335.00** |

SE File No. **PA202000001087**
BK No. 21-20128-CMB
Process – Plan Review

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 2/1/2021 | EA | File Setup/Creation for Plan Objection referral | 0.1 | $100.00 | $10.00 |
| 2/1/2021 | EA | Run SCRA and upload to client system | 0.1 | $100.00 | $10.00 |
| 2/15/2021 | JM | Review Docket and enter Plan into Firm System | 0.1 | $100.00 | $10.00 |
| 2/16/2021 | DJ | Perform PA Act 6 Review | 0.1 | $275.00 | $27.50 |
| 2/17/2021 | DJ | Review Plan, Petition, Docket, and POC figures; complete Creditor questionnaire; and update Creditor and Firm system | 0.4 | $275.00 | $110.00 |
| 2/17/2021 | DJ | Recommend Plan Objection | 0.1 | $275.00 | $27.50 |
| 3/22/2021 | JM | Advise Creditor of 341 Meeting results and update Creditor and Firm systems | 0.1 | $100.00 | $10.00 |
| | | | **Total Hours: 1.0** | | **Total: $205.00** |

**M&T** Bank

PAYOFF STATEMENT

April 13, 2026                                    Re:  Loan No. ███████████

Amanda Orth                                           Amanda Orth

239 Richland Dr                                       239 Richland Dr
Pittsburgh        , PA 15235                          Pittsburgh PA 15235


Interest Rate:   3.00000%
Principal Balance:                                    $      123,307.11
Total Interest                                                  602.18
Suspense Balance                                              -789.65
Pro Rata MIP                                                    69.76
Miscellaneous Expense Due                                    1,105.14
Recording Fees                                                200.00
Document Preparation                                             .00
Trustee/Process Fee                                             .00
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $      124,494.54
This statement expires April 30, 2026.

**Per diem through the last day of the month only:**     $      10.13
**The current escrow balance is:**                              245.87

M&T Bank reserves the right to return partial payoff funds.  Payoff
figures are subject to change.  The total amount required to pay the
loan in full may change if any check previously received is rejected
by the institution upon which it was drawn or if any credits or
disbursements are made to or from your account.  Funds must be
received in our office no later than 3:00 pm (EST) to be
credited that same day.

Please call M&T Bank before funds are sent to verify figures are
correct.

Certified funds must be made payable to M&T Bank.  Please
include the mortgage account number on all correspondence
including the payoff check; mail to:

                    M&T Bank
                    1 Fountain Plaza, 7th Floor
                    Buffalo, NY 14203-1495
                    Attn: Payoff Department

**ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING
ACTION IN THE CONTEXT OF YOUR BANKRUPTCY CASE.  PLEASE CONTINUE TO
MAKE REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID
IN FULL.**

A late charge in the amount of $     22.97 will be assessed if
the current payment or payoff is received after the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

**M&T** Bank

`Re:   Loan No.` ██████████

PAGE 2

## Important Information Regarding This Payoff Statement

### Please Read Carefully

===================================================================
ONLY CERTIFIED FUNDS OR ATTORNEY ESCROW CHECKS ARE ACCEPTED FOR PAYOFF

**** WHEN REMITTING PAYOFF FUNDS, PLEASE INCLUDE WRITTEN MAILING
INSTRUCTIONS FOR THE DISCHARGE, RELEASE OF LIEN, OR RECONVEYANCE ****
===================================================================

A PROPERLY EXECUTED, RECORDABLE RELEASE OF LIEN WILL BE PROVIDED BY
M&T BANK, AFTER THE LOAN IS PAID IN FULL.

Funds received must be sufficient to satisfy the full amount due on
this loan, including all default fees and costs (to the extent permitted
by the contract and applicable law). If the amount received does not
fully repay the current debt, including all default fees (to the extent
permitted by the contract and applicable law) and advances, interest
will continue to accrue until the full amount is received. If the
mortgagor has already mailed the current month's payment DO NOT stop
payment on the check.  Any excess funds will be refunded to the
mortgagor after payoff.

1.  If this property is sold, please provide the seller's forwarding
    address.

2.  Our records indicate that the estimated tax and/or insurance
    items listed below are due to be paid within the next twelve
    (12) months.

        $ 837.12 02-27 Hud-risk Based Ins Prem
        $ 2088.81 08-26 Penn Hls Sd/penn Hls Twp
        $ 383.12 03-27 Allegheny County
        $ 536.25 04-27 Penn Hills Twp -allegh
        $ 1728.00 01-27 Lancaster Mutual Ins Co

If the mortgage is escrowed, scheduled tax and insurance payments
will continue to be made.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

## M&T Bank

PAGE 3

PAYOFF STATEMENT

April 13, 2026

Re:  Loan No.
Referen█

Amanda Orth

239 Richland Dr
Pittsburgh PA 15235
(412)509-6171

Amanda Orth

239 Richland Dr
Pittsburgh         , PA 15235

```
Principal Balance:                              $      123,307.11
Total Interest At   3.00000%                              602.18
Suspense Balance                                        -789.65
Pro Rata MIP                                              69.76
Miscellaneous Expense Due                              1,105.14
Recording Fees                                          200.00
Trustee/Process Fee                                        .00
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $   124,494.54
```

Current Escrow Balance                                   245.87
Funds received after April 30, 2026 will require an additional $ 10.13
interest per day.

```
INVESTOR:███    CATEGORY:███
LOAN TYPE: First Mortgage Only        FHA
STATE/COUNTY CODES:  ███
MAN CODE: ███       ███
REASON: _____
```

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.