**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Amanda Hope Orth |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx−xx−6858
EIN   _ _−_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _−_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21−20128−CMB

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amanda Hope Orth

5/13/26

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-20128-CMB

Amanda Hope Orth                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Hope Orth, 239 Richland Drive, Pittsburgh, PA 15235-4413 |
| cr | + | AmeriHome Mortgage Company, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331879 | + | Accounts Advocate Agency, 1001 South Fourth Street, Hamburg, PA 19526-9211 |
| 15331884 | + | Berks ENT Surgical Associates, 1 Granite Point Drive, Suite 300, Wyomissing, PA 19610-1992 |
| 15331885 | + | Capital Collection Services, 20 East Taunton Road, Building 50, Berlin, NJ 08009-2615 |
| 15331893 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 15331909 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15344397 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15331899 | + | Mariner Finance, 120 West Hill Avenue, Valdosta, GA 31601-5605 |
| 15331905 | | PSECU, P.O. Box 1006, Harrisburg, PA 17108 |
| 15331903 | + | Pennsylvania Eye Ear Surgery Center, 1 Granite Point Drive, Suite 200, Wyomissing, PA 19610-1992 |
| 15339053 | | Phelan Hallinan Diamond & Jones, c/o Peter Wapner, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15331916 | + | Velocity Credit Union, 610 East 11th Street, Austin, TX 78701-2621 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 14 2026 04:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 14 2026 04:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | May 14 2026 04:26:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | May 14 2026 04:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15346293 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | May 14 2026 00:27:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, Attn: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15331880 | + | Email/Text: bankruptcy@acacceptance.com | May 14 2026 00:27:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15331881 | + | Email/PDF: bncnotices@becket-lee.com | May 14 2026 00:35:08 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15341349 | | Email/PDF: bncnotices@becket-lee.com | | |

| | | | |
|---|---|---|---|
| 15350529 | Email/PDF: bncnotices@becket-lee.com | May 14 2026 00:35:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15331882 | + EDI: JCAFF | May 14 2026 00:35:09 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15331883 | ^ MEBN | May 14 2026 04:26:00 | American First Finance, 7330 West 33rd Street, Wichita, KS 67205-9370 |
| 15350757 | EDI: Q3GTBI | May 14 2026 00:24:26 | Amerihome Mortgage Company, LLC, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 15331886 | + EDI: CAPONEAUTO.COM | May 14 2026 04:26:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15335746 | EDI: CAPITALONE.COM | May 14 2026 04:26:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15331887 | + EDI: CAPITALONE.COM | May 14 2026 04:26:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331888 | + EDI: CAPITALONE.COM | May 14 2026 04:26:00 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15331889 | + Email/Text: omx-bnc-bk-notices@chime.com | May 14 2026 04:26:00 | Capital One/Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15331890 | + EDI: WFNNB.COM | May 14 2026 00:27:00 | Chime/Stride Bank NA, P.O. Box 417, San Francisco, CA 94104-0417 |
| 15331891 | + EDI: WFNNB.COM | May 14 2026 04:26:00 | Comenity Bank/Ashley Stewart, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331892 | + EDI: WFNNB.COM | May 14 2026 04:26:00 | Comenity Bank/Burkes, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331894 | + Email/Text: EDI@CACIONLINE.NET | May 14 2026 04:26:00 | Comenity Bank/Catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331895 | + Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 00:27:00 | Consumer Adjustment Company, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 15331896 | + EDI: MAXMSAIDV | May 14 2026 00:35:10 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15334788 | EDI: DIRECTV.COM | May 14 2026 04:26:00 | Department of Education/SLM, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15355615 | + Email/Text: kburkley@bernsteinlaw.com | May 14 2026 04:26:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15331897 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 14 2026 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15331909 | EDI: JCTM | May 14 2026 00:27:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15331898 | + Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 04:26:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15338924 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 00:35:28 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 15645451 | Email/Text: camanagement@mtb.com | May 14 2026 00:35:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15338676 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2026 00:27:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 15347589 | + Email/Text: bankruptcy@marinerfinance.com | May 14 2026 00:34:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

District/off: 0315-2                          User: auto                                    Page 3 of 4

Date Rcvd: May 13, 2026                       Form ID: 3180W                                Total Noticed: 67

| | | | |
|---|---|---|---|
| | | May 14 2026 00:27:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15331900 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 14 2026 00:34:52 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15339683 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 14 2026 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331901 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 14 2026 00:27:00 | Nationstar/Mr. Cooper, 350 Highland Street, Houston, TX 77009-6623 |
| 15336618 | + EDI: AGFINANCE.COM | | |
| | | May 14 2026 04:19:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331902 | + EDI: AGFINANCE.COM | | |
| | | May 14 2026 04:19:00 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15331904 | EDI: PRA.COM | | |
| | | May 14 2026 04:26:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15350297 | EDI: PRA.COM | | |
| | | May 14 2026 04:26:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15420492 | + EDI: G2RSPSECU | | |
| | | May 14 2026 04:26:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15346273 | + Email/Text: joey@rmscollect.com | | |
| | | May 14 2026 00:28:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 15345152 | EDI: Q3G.COM | | |
| | | May 14 2026 04:26:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15331906 | + Email/Text: joey@rmscollect.com | | |
| | | May 14 2026 00:28:00 | Receivables Management Systems, P.O. Box 17305, Richmond, VA 23226-7305 |
| 15331907 | + Email/Text: DeftBkr@santander.us | | |
| | | May 14 2026 00:27:00 | Santander Bank NA, P.O. Box 841002, Boston, MA 02284-1002 |
| 15331908 | + Email/Text: clientservices@sourcerm.com | | |
| | | May 14 2026 00:28:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 15331910 | ^ MEBN | | |
| | | May 14 2026 00:24:50 | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331911 | + EDI: SYNC | | |
| | | May 14 2026 04:19:00 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15332058 | + EDI: PRA.COM | | |
| | | May 14 2026 04:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331912 | + EDI: SYNC | | |
| | | May 14 2026 04:19:00 | Synchrony Bank/ Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15331913 | + EDI: SYNC | | |
| | | May 14 2026 04:19:00 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15331914 | + EDI: SYNC | | |
| | | May 14 2026 04:19:00 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15345400 | + EDI: LCIFULLSRV | | |
| | | May 14 2026 04:19:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15331915 | + EDI: Q3GTBI | | |
| | | May 14 2026 04:26:00 | The Bureaus Inc., 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15331917 | + EDI: VERIZONCOMB.COM | | |
| | | May 14 2026 04:19:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15351993 | EDI: AIS.COM | | |
| | | May 14 2026 04:26:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331918 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0315-2

Date Rcvd: May 13, 2026

User: auto

Form ID: 3180W

Page 4 of 4

Total Noticed: 67

May 14 2026 00:35:25   Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15331882 | ##+ | American First Finance, 7330 West 33rd Street, Wichita, KS 67205-9370 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Amanda Hope Orth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6