**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>    AMANDA HOPE ORTH<br><br>          Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>             vs.<br>    No Repondents. | Case No.:21-20128<br><br>Chapter 13<br><br> Related to:  Document No. 82<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this _____13th_____ day of _____May_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
5/13/26 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_                    **glb**
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-20128-CMB

Amanda Hope Orth                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                              Page 1 of 4

Date Rcvd: May 13, 2026                     Form ID: pdf900                         Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Hope Orth, 239 Richland Drive, Pittsburgh, PA 15235-4413 |
| cr | + | AmeriHome Mortgage Company, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331879 | + | Accounts Advocate Agency, 1001 South Fourth Street, Hamburg, PA 19526-9211 |
| 15331884 | + | Berks ENT Surgical Associates, 1 Granite Point Drive, Suite 300, Wyomissing, PA 19610-1992 |
| 15331885 | + | Capital Collection Services, 20 East Taunton Road, Building 50, Berlin, NJ 08009-2615 |
| 15331893 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 15331909 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15344397 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15331899 | + | Mariner Finance, 120 West Hill Avenue, Valdosta, GA 31601-5605 |
| 15331905 | | PSECU, P.O. Box 1006, Harrisburg, PA 17108 |
| 15331903 | + | Pennsylvania Eye Ear Surgery Center, 1 Granite Point Drive, Suite 200, Wyomissing, PA 19610-1992 |
| 15339053 | | Phelan Hallinan Diamond & Jones, c/o Peter Wapner, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15331916 | + | Velocity Credit Union, 610 East 11th Street, Austin, TX 78701-2621 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | May 14 2026 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15346293 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | May 14 2026 00:27:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, Attn: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15331880 | + | Email/Text: bankruptcy@acacceptance.com | May 14 2026 00:27:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15331881 | + | Email/PDF: bncnotices@becket-lee.com | May 14 2026 00:35:50 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15341349 | | Email/PDF: bncnotices@becket-lee.com | May 14 2026 00:35:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15350529 | | Email/PDF: bncnotices@becket-lee.com | May 14 2026 00:35:26 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15331882 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | May 14 2026 00:27:00 | American First Finance, 7330 West 33rd Street, Wichita, KS 67205-9370 |
| 15331883 | ^ | MEBN | May 14 2026 00:24:26 | Amerihome Mortgage Company, LLC, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 15350757 | | Email/Text: bnc-thebureaus@quantum3group.com | | |

District/off: 0315-2                          User: auto                                    Page 2 of 4

Date Rcvd: May 13, 2026                       Form ID: pdf900                               Total Noticed: 66

| | | | |
|---|---|---|---|
| | | May 14 2026 00:27:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15331886 | + Email/PDF: acg.coaf.ebn@aisinfo.com | May 14 2026 00:35:27 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15335746 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 00:35:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15331887 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 00:35:25 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15331888 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 00:35:45 | Capital One/Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15331889 | + Email/Text: omx-bnc-bk-notices@chime.com | May 14 2026 00:27:00 | Chime/Stride Bank NA, P.O. Box 417, San Francisco, CA 94104-0417 |
| 15331890 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2026 00:27:00 | Comenity Bank/Ashley Stewart, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331891 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2026 00:27:00 | Comenity Bank/Burkes, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331892 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2026 00:27:00 | Comenity Bank/Catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15331894 | + Email/Text: EDI@CACIONLINE.NET | May 14 2026 00:27:00 | Consumer Adjustment Company, 514 Earth City Plaza, Earth City, MO 63045-1303 |
| 15331895 | + Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 00:35:08 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15331896 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 14 2026 00:35:26 | Department of Education/SLM, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15334788 | Email/PDF: ais.dtv.ebn@aisinfo.com | May 14 2026 00:35:27 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15355615 | + Email/Text: kburkley@bernsteinlaw.com | May 14 2026 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15331897 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 14 2026 00:27:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15331909 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | May 14 2026 00:27:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15331898 | + Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 00:35:28 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 15338924 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 00:35:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15645451 | Email/Text: camanagement@mtb.com | May 14 2026 00:27:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 15338676 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2026 00:35:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15347589 | + Email/Text: bankruptcy@marinerfinance.com | May 14 2026 00:27:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15331900 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2026 00:35:25 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15339683 | + Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15331901 | + Email/Text: nsm_bk_notices@mrcooper.com | May 14 2026 00:27:00 | Nationstar/Mr. Cooper, 350 Highland Street, Houston, TX 77009-6623 |
| 15336618 | + Email/PDF: cbp@omf.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 14 2026 00:35:44 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15331902 | + | Email/PDF: cbp@omf.com | May 14 2026 00:34:47 | Onemain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15331904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:10 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15350297 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15420492 | + | Email/Text: bankruptcynotices@psecu.com | May 14 2026 00:28:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15346273 | + | Email/Text: joey@rmscollect.com | May 14 2026 00:28:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 15345152 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2026 00:27:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15331906 | + | Email/Text: joey@rmscollect.com | May 14 2026 00:28:00 | Receivables Management Systems, P.O. Box 17305, Richmond, VA 23226-7305 |
| 15331907 | + | Email/Text: DeftBkr@santander.us | May 14 2026 00:27:00 | Santander Bank NA, P.O. Box 841002, Boston, MA 02284-1002 |
| 15331908 | + | Email/Text: clientservices@sourcerm.com | May 14 2026 00:28:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 15331910 | ^ | MEBN | May 14 2026 00:24:51 | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15331911 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2026 00:34:49 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15332058 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15331912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2026 00:35:24 | Synchrony Bank/ Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15331913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2026 00:35:44 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15331914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2026 00:35:24 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15345400 | + | Email/Text: documentfiling@lciinc.com | May 14 2026 00:26:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15331915 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 14 2026 00:27:00 | The Bureaus Inc., 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15331917 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 14 2026 00:26:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15351993 | | Email/PDF: ebn_ais@aisinfo.com | May 14 2026 00:35:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15331918 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2026 00:34:56 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: May 13, 2026                       Form ID: pdf900                              Total Noticed: 66

cr             *+              Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Amanda Hope Orth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel Philip Jones | on behalf of Creditor AmeriHome Mortgage Company  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6