**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| Amanda Hope Orth | : | **Case :Number 21-20128-CMB** |
| | : | |
| Debtor(s) | : | |
| | : | **Related to Claim No. 14** |
| | : | |
| AmeriHome Mortgage Company | : | |
| | : | |
| Movant | : | |
| | : | |
| **vs.** | : | |
| | : | |
| Amanda Hope Orth | : | |
| | : | |
| Respondents | : | |

**<u>DECLARATION IN SUPPORT OF NOTICE OF POST-PETITION MORTGAGE FEES,
EXPENSES AND CHARGES UNDER FED. R. BANKR. P. 3002.1</u>**

AmeriHome Mortgage Company (hereinafter referred to as the "Movant"), by and through its undersigned counsel, Stern & Eisenberg, P.C., and in support of the Notice of Post-Petition Mortgage Fees, Expenses and Charges (hereinafter referred to as the "Notice") filed in accordance with Fed. R. Bankr. P. 3002.1, and declares as follows:

1.     I, Daniel P. Jones, am an attorney in good standing in the Commonwealth of Pennsylvania and am an attorney employed by the law firm of Stern & Eisenberg, P.C.

2.     Prior to filing of the annexed Notice, Stern & Eisenberg, P.C. conducted a review of the mortgage documents, which pursuant to paragraphs 7, 9 and 13, respectively, of said loan documents, concluded that the fees itemized in the Notice are recoverable per the underlying agreement.

3.     Additionally, Stern & Eisenberg, P.C. performed an analysis under Pennsylvania Act 6 (41 P.S. Section 406) (to the extent applicable), as well as an equity analysis under 11 U.S.C. Section 506(b), and determined that the fees itemized in the Notice are recoverable against the Debtor(s).

4.      The annexed Notice provides for fees totaling $1,102.50.  A true and correct copy of the invoice(s) as to these fees are attached and affixed hereto as "Exhibit A."

5.      The Mortgage Fees, Expenses and Charges itemized in the Notice are within the Fannie Mae guidelines, which pursuant to 68 Pa. C.S. Section 2311, are presumed reasonable.

6.      Stern & Eisenberg, P.C. has performed a "lodestar" method of accounting of the time/hourly rate for the work performed in support of the fees listed in the Notice.  A true and correct copy of the Lodestar Accounting and proof of costs is attached and affixed hereto as "Exhibit B."

7.      The total hours utilized in completion of the matters listed in the Notice are 6.3 with a total fees/costs of $1,102.50, for a total due to the account of $1,102.50 under a lodestar analysis.

8.      Based on the foregoing, Movant avers that the fees totaling $1,102.50 which are the lesser of an analysis under a "flat fee" versus lodestar approach and as itemized in the Notice, are recoverable against the Debtor(s).

9.      The time listed in the aforementioned paragraphs and Exhibits does not account for Stern & Eisenberg's continual monitoring of the docket and activity of the case during Debtor's commitment period on behalf of the Movant.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and/or belief.

Respectfully submitted,

**Stern & Eisenberg, P.C.**

/s/ Daniel P. Jones

Daniel P. Jones, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
215-572-8111 (Phone)
215-572-5025 (Fax)
djones@sterneisenberg.com

Dated:  July 20, 2021

**Fill in this information to identify the case:**

Debtor 1     Amanda Hope Orth

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania
                                                                          (State)

Case number   21-20128-CMB

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** AmeriHome Mortgage Company, LLC c/o Cenlar FSB        **Court claim no.** (if known):  14

**Last 4 digits** of any number you use to
identify the debtor's account:                        XXXXXX5966

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

o   Yes.  Date of the last note: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---------|---------------------------------------------------|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | 02/17/2021 Plan Review<br>02/18/2021 Plan Objection | (3) | $ 540.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 3/4/2021 Proof of Claim<br>3/4/2021 POC 410A Form | (5) | $ 562.50 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ 0.00 |
| 11. Other. Specify:_____ | | (11) | $ 0.00 |
| 12. Other. Specify:_____ | | (12) | $ 0.00 |
| 13. Other. Specify:_____ | | (13) | $ 0.00 |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1      <u>Amanda Hope Orth</u>                                              Case number (if known) <u>21-20128-CMB</u>

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o      I am the creditor.

X      I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X      <u>/s/  Daniel P. Jones</u>                              Date  July 20, 2021
       Signature

Print:       <u>Daniel P. Jones</u>                              Title: <u>Attorney for Creditor</u>
             First Name          Middle Name  Last Name

Company      <u>Stern & Eisenberg, PC</u>

Address      <u>1581 Main Street, Suite 200</u>
             Number          Street

             <u>Warrington</u>          <u>PA</u>          <u>18976</u>
             City                  State          ZIP Code

Contact phone <u>(215) 572-8111</u>                              Email   <u>djones@sterneisenberg.com</u>

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date:    July 20, 2021

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com
**Counsel for Debtor**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Amanda Hope Orth
239 Richland Drive
Pittsburgh, PA 15235
**Debtor(s)**

*/s/   Daniel P. Jones*
Daniel P. Jones, BAR# 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
djones@sterneisenberg.com
Attorney for Secured Creditor

PA202000001087

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 3

/SE File No. **PA202000001087**
BK No. 21-20128-CMB
Process – Proof of Claim

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 1/27/2021 | EA | File Setup/Creation – Retrieve Documents for referral (collateral and financial); update bar date in client systems and CMS | .1 | $100.00 | $10.00 |
| 1/27/2021 | DJ | Perform PA Act 6 Review | .1 | $275.00 | $27.50 |
| 1/27/2021 | AW | Pull POC financial data sheets from Creditor's site and upload them to Firm's system | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Request missing POC supporting documents from Creditor | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Pull outstanding POC supporting documents from Creditor's site and upload to Firm's system. | .1 | $100.00 | $10.00 |
| 1/27/2021 | AW | Review loan history and financial data provided by Creditor | .1 | $100.00 | $10.00 |
| 1/27/21 | AW | Request additional fee approval for 410A preparation | .1 | $100.00 | $10.00 |
| 2/1/2021 | AW | Pull additional fee approval for 410A preparation from Creditor's site and update Firm system | .1 | $100.00 | $10.00 |
| 2/9/2021 | AW | Preparation of 410A Loan | .8 | $100.00 | $80.00 |

| | | History, Cover Page, and 410A Attachment; redact all supporting documents; and send POC to attorney for review | | | |
|---|---|---|---|---|---|
| 2/9/2021 | DJ | Review POC prior to Creditor's review | .4 | $275.00 | $110.00 |
| 2/10/2021 | AW | Unfiled POC uploaded to client system for validation | .1 | $100.00 | $10.00 |
| 2/17/2021 | AW | Follow up with client as to review of POC | .1 | $100.00 | $10.00 |
| 2/25/2021 | AW | Follow up with client as to review of POC | .1 | $100.00 | $10.00 |
| 3/2/2021 | KW | Review Creditor intercom, and update Firm system | .1 | $100.00 | $10.00 |
| 3/2/2021 | KW | Revise POC and send to attorney for review | .1 | $100.00 | $10.00 |
| 3/2/2021 | DJ | Review revised POC based on revised figures provided by Creditor | .3 | $275.00 | $82.50 |
| 3/2/2021 | KW | Upload revised POC to Creditor for review and inquire about specific pre-petition fees/costs | .1 | $100.00 | $10.00 |
| 3/3/2021 | KW | Review Creditor response to fee inquiry and send to Attorney for review | .1 | $100.00 | $10.00 |
| 3/3/2021 | DJ | Review Creditor response to fee inquiry and email appropriate contact for clarification | .1 | $275.00 | $27.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/3/2021 | DJ | Review clarification response and provide recommended course of action | .1 | $275.00 | $27.50 |
| 3/4/2021 | AW | Pull Creditor approved POC and send to attorney for final review prior to filing | .1 | $100.00 | $10.00 |
| 3/4/2021 | DJ | Final Attorney Approval post client-validation | .1 | $275.00 | $27.50 |
| 3/4/2021 | AW | POC filed with Court; Served on Parties via WALZ | .2 | $100.00 | $20.00 |
| | AW | Filed POC uploaded to client system | .1 | $100.00 | $10.00 |
| | | | **Total Hours: 3.7** | | **Total: $562.50** |

SE File No. **PA202000001087**
BK No. 21-20998-JAD
Process – Plan Objection

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 2/18/2021 | EA | File Setup/Creation for Plan Objection referral | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | DJ | PA Act 6 Review | 0.1 | $275.00 | $27.50 |
| 2/18/2021 | JM | Review Docket and enter objection deadline into Firm System | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | EA | Run SCRA and upload to client system | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | JM | Draft Objection | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | DJ | Review Plan Objection, review Debtor's Plan and Schedules, review POC figures, and revise Objection | 0.6 | $275.00 | $165.00 |
| 2/18/2021 | JM | File Plan Objection | 0.1 | $100.00 | $10.00 |
| 2/18/2021 | JM | Upload Plan Objection to Client system | 0.1 | $100.00 | $10.00 |
| 3/22/2021 | DJ | Prepare for and attend 341 Meeting | 0.3 | $275.00 | $82.50 |
| | | | **Total Hours: 1.6** | | **Total: $335.00** |

SE File No. **PA202000001087**
BK No. 21-20128-CMB
Process – Plan Review

| Date | Professional | Activity | Hours Spent | Rate | Total |
|---|---|---|---|---|---|
| 2/1/2021 | EA | File Setup/Creation for Plan Objection referral | 0.1 | $100.00 | $10.00 |
| 2/1/2021 | EA | Run SCRA and upload to client system | 0.1 | $100.00 | $10.00 |
| 2/15/2021 | JM | Review Docket and enter Plan into Firm System | 0.1 | $100.00 | $10.00 |
| 2/16/2021 | DJ | Perform PA Act 6 Review | 0.1 | $275.00 | $27.50 |
| 2/17/2021 | DJ | Review Plan, Petition, Docket, and POC figures; complete Creditor questionnaire; and update Creditor and Firm system | 0.4 | $275.00 | $110.00 |
| 2/17/2021 | DJ | Recommend Plan Objection | 0.1 | $275.00 | $27.50 |
| 3/22/2021 | JM | Advise Creditor of 341 Meeting results and update Creditor and Firm systems | 0.1 | $100.00 | $10.00 |
| | | | **Total Hours: 1.0** | | **Total: $205.00** |